**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| **In re:** ) | **Chapter 7** |
| ) | |
| **BRANDON SCOTT MORRIS,** ) | **Case No. 25-32198-KLP** |
| ) | |
| **Debtor.** ) | |
| ) | |
| ) | |
| **WILLIAM A. BROSCIOUS** ) | **Adversary Proceeding** |
| ) | |
| ) | **Case No. 26-03006-KLP** |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **DAWN B. DEBOER** ) | |
| **and** ) | |
| **DEBOERSOUTH, PLLC,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**CONSENT MOTION TO CONTINUE HEARING**

NOW COME defendants Dawn B. DeBoer and DeBoerSouth, PLLC ("Defendants") by and through counsel, and plaintiff William A. Broscious (the "Trustee"; together with Defendants, the "Parties") and move this Court to continue the hearing on the Trustee's *Motion for Partial Summary Judgment* [Docket No. 9] (the "Motion"), which matter is currently set for hearing on August 12, 2026 at 10:00 a.m. in Richmond, Virginia (the "Hearing"). In support thereof, the Parties state as follows:

---

Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email:   mmueller@williamsmullen.com
            jmclemore@williamsmullen.com

*Counsel for Dawn B. DeBoer and DeBoerSouth, PLLC*

1.       On July 14, 2026, the Trustee filed the Motion seeking, among other things, that this Court enter an order granting summary judgment in favor of the Trustee and against Defendants with respect to certain counts asserted in the Trustee's *Complaint* [Docket No. 1].

3.       On July 14, 2026, the Trustee filed a *Notice of Motion and Notice of Hearing* [Docket No. 10] providing that the Hearing on the Motion was set for August 12, 2026 at 10:00 a.m.

4.       Pursuant to conversations between the Parties, the Parties consent to a continuation of the Hearing.

5.       Based on the foregoing, the Parties request that the Hearing be continued until August 18, 2026 at 11:00 a.m.

WHEREFORE, the Parties respectfully request that the Court (i) enter the Consent Order, attached hereto as **Exhibit A**, continuing the Hearing on the Motion until August 18, 2026 at 11:00 a.m.; and (ii) grant such other and further relief as the Court deems necessary.

Date: August 10, 2026

By:    /s/ Michael D. Mueller
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
Richmond, Virginia 23219-3095
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email: mmueller@williamsmullen.com
          jmclemore@williamsmullen.com
*Counsel for Dawn B. DeBoer and DeBoerSouth, PLLC*

and

/s/ Jeremy S. Williams
Jeremy S. Williams (VSB No. 77469)
Haley K. Magel (VSB No. 100444)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219-4071
Telephone: (804) 644-1700
jeremy.williams@kutakrock.com
haley.magel@kutakrock.com
*Counsel for William A. Broscious*

2

# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **BRANDON SCOTT MORRIS,** | ) | **Case No. 25-32198-KLP** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |
| | ) | |
| **WILLIAM A. BROSCIOUS** | ) | **Adversary Proceeding** |
| | ) | |
| | ) | **Case No. 26-03006-KLP** |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **DAWN B. DEBOER** | ) | |
| **and** | ) | |
| **DEBOERSOUTH, PLLC,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### CONSENT ORDER GRANTING CONSENT MOTION TO CONTINUE HEARING

This matter came before the Court on defendants Dawn B. DeBoer's, DeBoerSouth, PLLC ("Defendants"), and William A. Broscious' (the "Trustee"; together with Defendants, the "Parties") *Consent Motion to Continue Hearing* (the "Motion"). It appearing that notice of the Motion was proper, and in consideration of the arguments made in the Motion, and because the Parties endorsing this Order consent to the relief requested in the Motion upon the terms set forth herein, the Motion is hereby GRANTED.

_____
Michael D. Mueller, Esquire (VSB No. 38216)
Jennifer M. McLemore, Esquire (VSB No. 47164)
200 South 10th Street, Suite 1600
Richmond, Virginia 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
Email:  mmueller@williamsmullen.com
        jmclemore@williamsmullen.com

*Counsel for Dawn B. DeBoer and DeBoerSouth, PLLC*

Accordingly, it is ORDERED that it is appropriate under the circumstances of this case that no further notice of the Motion is required and that no further hearing be held on the Motion.

It is further ORDERED that the hearing on the Trustee's *Motion for Partial Summary Judgment* be continued until August 18, 2026 at 11:00 a.m.

_____
United States Bankruptcy Judge

WE ASK FOR THIS:

/s/ Michael D. Mueller
Michael D. Mueller, Esquire
Jennifer M. McLemore, Esquire
WILLIAMS MULLEN
200 South 10th, Street, Suite 1600
Richmond, Virginia 23219-3095
Telephone: (804) 420-6000
Email: mmueller@williamsmullen.com
         jmclemore@williamsmullen.com
*Counsel for Dawn B. DeBoer and DeBoerSouth, PLLC*

and

/s/ Jeremy S. Williams
Jeremy S. Williams (VSB No. 77469)
Haley K. Magel (VSB No. 100444)
1021 East Cary Street, Suite 810
Richmond, Virginia 23219-4071
Telephone: (804) 644-1700
jeremy.williams@kutakrock.com
haley.magel@kutakrock.com
*Counsel for William A. Broscious*

## **CERTIFICATION**

The undersigned counsel, on behalf of Dawn B. DeBoer and DeBoerSouth, PLLC, hereby certifies that this Order has been endorsed by all necessary parties.

/s/ Michael D. Mueller
Michael D. Mueller

2